NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DIGNA ZORRILLA,                               )
                                              )
            Appellant,                        )
                                              )
v.                                            )        Case No. 2D17-2453
                                              )
EVELYN LEONARDO FERNANDEZ,                    )
                                              )
            Appellee.                         )
_____)

Opinion filed August 24, 2018.

Appeal from the Circuit Court for Lee
County; Nicholas R. Thompson, Judge.

James A. Boatman, Jr., of The Boatman
Law Firm, P.A., Ft. Myers, for Appellant.

Evelyn Leonardo Fernandez,
Appellee, pro se.

PER CURIAM.

            Affirmed.

KHOUZAM, SALARIO, and BADALAMENTI, JJ., Concur.